1  MORGAN, LEWIS & BOCKIUS LLP
   Kathy H. Gao, SBN 259019
2  kathy.gao@morganlewis.com
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA  90071-3132
4  Tel:   +1.213.612.2500
   Fax:   +1.213.612.2501
5
   Attorneys for Defendant
6  WILLIAMS-SONOMA, INC.

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 | THUY THANH ALONZO, individually      | Case No. 2:21-cv-07816-DSF-KS
   | and on behalf of all others similarly|
12 | situated,                            | **DEFENDANT WILLIAMS-SONOMA, INC.'S NOTICE OF SETTLEMENT**
13 |              Plaintiff,              |
14 |                v.                    |
15 | WILLIAMS-SONOMA, INC., d/b/a          |
   | POTTERY BARN; a Delaware             |
16 | corporation and DOES 1 to 10,        |
   | inclusive,                           |
17 |                                      |
   |              Defendants.             |
18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 127542943.1

1    TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF

2  RECORD:

3         **PLEASE TAKE NOTICE THAT**, pursuant to agreement of Plaintiff

4  Thuy Thanh Alonzo and Defendant Williams-Sonoma, Inc. (collectively, the

5  "Parties"), the above-captioned matter has been resolved.  The Parties anticipate

6  filing a Stipulation of Dismissal within 60 days.

7

8  Dated:  February 10, 2022          MORGAN, LEWIS & BOCKIUS LLP

9                                     By __*/s/ Kathy H. Gao*_____

10                                        Kathy H. Gao
                                          Attorney for Defendant
11                                        WILLIAMS-SONOMA, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DB1/ 127542943.1