WILSHIRE LAW FIRM
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel:   +213.381.9988
Fax:  +213.381.9989

Attorneys for Plaintiff
THUY THANH ALONZO

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
WILLIAMS-SONOMA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC., d/b/a POTTERY BARN; a Delaware corporation and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07816-DSF-KS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 128782855.1

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims in the above-captioned case be dismissed in their entirety with prejudice as to Plaintiff and without prejudice as to absent putative class members. Each party to bear its or their own attorneys' fees and costs.

Dated: March 31, 2022     WILSHIRE LAW FIRM

By  */s/ Thiago Coelho*
Thiago Coelho
Attorneys for Plaintiff
THUY THANH ALONZO

Dated: March 31, 2022     MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kathy H. Gao*
Kathy H. Gao
Attorney for Defendant
WILLIAMS-SONOMA, INC.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 31, 2022     MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kathy H. Gao*
Kathy H. Gao
Attorney for Defendant
WILLIAMS-SONOMA, INC.